[No. 53124-7-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD W. CALLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-05283-0, Richard D. Eadie, J., entered September 8, 2003. *Remanded* by unpublished per curiam opinion.

[No. 53925-6-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JAMEL HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-10211-1, Gregory P. Canova, J., entered February 25, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 53989-2-I. Division One. May 23, 2005.]

JOSEPH WEST, *Respondent*, v. THE INSURANCE CORPORATION OF NEW YORK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-31424-4, Douglas D. McBroom, J., entered October 29, 2003, and March 16, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Cox, C.J., and Baker, J.

[No. 54071-8-I. Division One. May 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. DAVISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08720-5, Catherine D. Shaffer, J., entered April 5, 2004. *Affirmed* by unpublished per curiam opinion.